

# Fourth Court of Appeals
## San Antonio, Texas

November 26, 2025

No. 04-25-00729-CV

**IN RE** Austin Anthony **NEHER**

Original Proceeding[1]

## ORDER

Sitting:      Irene Rios, Justice
               Lori I. Valenzuela, Justice
               H. Todd McCray, Justice

Relator filed a petition for writ of mandamus in this court on November 12, 2025. Relator has not alleged or established that this court has jurisdiction to consider his petition. We have determined that we do not. The petition for writ of mandamus is DISMISSED for lack of jurisdiction.

It is so **ORDERED** on November 26, 2025.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of November, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]Relator has not identified an underlying proceeding.